UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERRY R. MOSER,<br><br>        Plaintiff,<br><br>    v.<br><br>CLALLAM BAY CORRECTIONS CENTER SUPERINTENDENT, et al.,<br><br>        Defendants. | Case No. C11-5327BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 3), and Plaintiff Terry R. Moser's ("Moser") objections to the R&R (Dkt. 4).

On May 2, 2011, Judge Creatura issued the R&R recommending that the Court deny Moser's motion to proceed in forma pauperis because Moser is improperly challenging the loss of good time served in an action under 42 U.S.C. § 1983. Dkt. 3 at 1-2.

On May 11, 2011, Moser filed objections to the R&R. Dkt. 4. Moser requests that the Court (1) dismiss his claim for the return of his good time and (2) allow his claim for civil damages to proceed. *Id.* The Supreme Court, however, has held that there is no "cause of action under § 1983 unless and until the conviction or sentence is reversed, expunged, invalidated, or impugned by the grant of a writ of habeas corpus." *Heck v. Humphrey*, 512 U.S. 477, 487 (1994). Moser has failed to show that the loss of good time and/or infraction has been reversed, expunged, invalidated, or impugned.

ORDER – 1

Therefore, the Court finds that Moser's objections are without merit as is his request to allow his claim for civil damages to proceed. The Court having considered the R&R, Moser's objections, and the remaining record, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Moser's motion for leave to proceed in forma pauperis is **DENIED**; and

(3) This action is **DISMISSED without prejudice**.

DATED this 8th day of June, 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER – 2