# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERRY R. MOSER,<br><br>                Plaintiff,<br><br>v.<br><br>CLALLAM BAY CORRECTIONS CENTER SUPERINTENDENT, et al,<br><br>                Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C11-5327BHS |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The R&R is **ADOPTED**;

Moser's motion for leave to proceed in forma pauperis is **DENIED**; and

This action is **DISMISSED without prejudice.**

…

Dated this 9 day of June, 2011.

                                                      William M. McCool
                                                    Clerk

                                                    s/*CM Gonzalez*
                                                    Deputy Clerk